IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover          Date: May 15, 2008
Court Reporter:   Paul Zuckerman

Criminal Action No. 07-cr-00435-MSK

*Parties*:                                 *Counsel Appearing*:

UNITED STATES OF AMERICA,                  Judith Smith

Plaintiff,

v.

ROMAN SANTISTEVAN,                         Mitchell Baker

　　　　Defendant.

## COURTROOM MINUTES

HEARING: Motions (#43, 46, 37)

**2:51 p.m.**   **Court in session**.

Defendant present in custody.

**ORDER:** Docket #37 is provided to defense counsel Mr. Baker for review **The Clerk will UNSEAL Doc. #37.**

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Defendant's Motion Requesting Intervention **(Doc. #43)** is **WITHDRAWN**.

**ORDER:** Defendant's Ex Parte Motion **(Doc. #37)** is **WITHDRAWN.**

**ORDER:** Defendant's request for and extension of the motion deadline **(Doc. #37)** is **GRANTED.** Defendant will file motions by **June 30, 2008.** The Government will file responses by **July 14, 2008.** It is not necessary to address speedy trial.

**ORDER:** Motions hearing is set **July 28, 2008, at 3:00 p.m.,** in courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**3:04 p.m.   Court in recess.**
**Total Time: 13 minutes.**
**Hearing concluded.**