IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00435-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ISHMAEL MOSELY,
      a/k/a "Ish",
**2.    ROMAN SANTISTEVAN**,

       Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR STANDING ORDER**
_____

THIS MATTER comes before the Court on the Unopposed Motion for Standing Order Directing Detention Facility to Permit Attorney of Record to Bring Laptop Computer Into Facility During Pendency of this Criminal Action (Motion) **(#54)**. Having reviewed the Motion, the Court

**FINDS** that good cause exists for granting the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the attached Standing Order is hereby entered.

DATED this 30th day of May, 2008.

                              **BY THE COURT:**

                              _/s/ Marcia S. Krieger_
                              Marcia S. Krieger
                              United States District Judge