**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07–cr–00435–REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  ROMAN SANTISTEVAN,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court *sua sponte.* On the recusal of Judge Krieger and subsequent reassignment of the case to this court,

      **IT IS ORDERED** as follows:

      1.  That a Status Conference is set for **December 11, 2009**, at 9:00 a.m., in courtroom A1001 before Judge Robert E. Blackburn, at which time counsel and the defendant shall appear without further notice or order of the court; and

      2.  That to the extent necessary, the United States Marshal shall assist in securing the appearance of the defendant.

      Dated: December 3, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.