IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07–cr–00435–REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. ROMAN SANTISTEVAN,

     Defendant.

## ORDER DENYING EXTENSION OF TIME

**Blackburn, J.**

The matter before me is defendant's letter [#143], dated March 7, 2010, and filed March 11, 2010, requesting an extension of time to comply with the **Notice - Redaction of Transcript** [#142] filed March 4, 2010. The court construes this as a motion.[1] I deny the motion because it fails to comply with D.C.COLO.LCrR 49.3, which governs the format of papers filed in criminal cases, and because it fails to identify any personal identifiers within the electronic transcript, which must or should be redacted.

**THEREFORE, IT IS ORDERED** that the relief requested in the defendant's letter [#143] dated March 7, 2010, and filed March 11, 2010, is **DENIED**.

Dated March 15, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] Because the defendant is proceeding *pro se*, I have construed his paper generously and with the leniency due *pro se* litigants. **See Erickson v. Pardus**, 551 U.S. 89, ___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Nevertheless, I cannot act as advocate for a *pro se* litigant, who must comply with the fundamental requirements of the Federal Rules of Criminal Procedure. **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).