# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07–cr–00435–REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ROMAN SANTISTEVAN,

    Defendant.

## MINUTE ORDER[1]

On **June 16, 2010**, commencing at 1:30 p.m., the court shall conduct an evidentiary hearing on defendant's request to withdraw his plea.

**IT IS FURTHER ORDERED** that, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: June 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.