# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Case No. 07-cr-00435-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. ROMAN SANTISTEVAN,

      Defendant.

---

## STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF HEARING EXHIBITS, TRANSCRIPTS, AND PAPERS

---

Following the completion of hearing, the parties stipulate:

1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at hearing by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

DATED at Denver, Colorado, this 16th day of June, 2010.

_____
Attorney for the Plaintiff

_____N/A_____
*Pro Se* Defendant

    IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

BY THE COURT:

Bob Blackburn 6/15/10
_____
Robert E. Blackburn
United States District Judge

*rev. 3/2/09*