IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07–cr–00435–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ROMAN SANTISTEVAN,

    Defendant.

## ORDER DIRECTING THE FILING OF
## A NOTICE OF APPEAL

**Blackburn, J.**

At the conclusion of the sentencing hearing on July 30, 2010, the defendant requested that I direct the clerk of the court to enter his notice of appeal.[1]

**THEREFORE, IT IS ORDERED** that the clerk of the court shall prepare and file immediately a notice of appeal on behalf of the defendant, Roman Santistevan.

Dated August 3, 2010 at Denver, Colorado.

                              BY THE COURT:

                              /s/ Bob Blackburn
                              Robert E. Blackburn
                              United States District Judge

---

[1] *See* Fed. R. Crim. P. 32(j)(2), which provides that at defendant's request, the clerk must prepare and file immediately a notice of appeal on defendant's behalf.